

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| IN RE: SHELBY LYNN GARCIA, | § | No. 08-22-00082-CR |
| Relator. | § | AN ORIGINAL PROCEEDING |
| | § | IN MANDAMUS |
| | § | |

# **O R D E R**

Relator has filed a motion for emergency relief. Having considered the motion, the Court

DENIES Relator's motion for emergency relief.

IT IS SO ORDERED this 5th day of May, 2022.


PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.